

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00034-CV

**ROSS EXPLORATION, INC., OMIMEX RESOURCES, INC., OMIMEX ENERGY, INC., BRAMMER ENGINEERING, INC., AND FORCE 5 ENERGY, LLC,**

                                                                    **Appellants**

 **v.**

**WINDY HILL RANCH, LTD., WINDY HILL RENTS, LLC., MARTHA ELIZABETH CANNON GIBBENS, AND SUE LISBETH CANNON,**

                                                                    **Appellees**

**From the 278th District Court
Madison County, Texas
Trial Court No. 12-13199-278-10**

## MEMORANDUM  OPINION

Appellants Ross Exploration, Inc., Omimex Resources, Inc., Omimex Energy, Inc., Brammer Engineering, Inc., and Force 5 Energy, L.L.C., appealed the trial court's issuance of a temporary injunction. Appellees Windy Hill Ranch, Ltd., Windy Hill Rents, L.L.C., Martha Elizabeth Cannon Gibbens, and Sue Lisbeth Cannon filed a

motion to dismiss the appeal because the trial court dissolved the temporary injunction.

Appellants do not oppose the motion.

This appeal is dismissed.  *See* TEX. R. APP. P. 42.1(a)(1).

All other pending motions are dismissed as moot.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed March 14, 2013
[CV06]